# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 11/25/2024 |
| Case: 20−13055−TMH | Form ID: 309D | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | White Stallion Holdings, LLC | 250 Cross Pointe Boulevard | Evansville, IN 47715 | |
| clagent | Kroll Restructuring Administration LLC | www.kroll.com/kra | 1 World Trade Center | 31st Floor    New York, NY 10007 |
| tr | Alfred T. Giuliano | Giuliano Miller & Co., LLC | 2301 E. Evesham Road | Pavillion 800, Suite 210    Voorhees, NJ 08043 |
| aty | Jaime Luton Chapman | Young Conaway Stargatt & Taylor, LLP | 1000 North King Street | P.O. Box 391    Wilmington, DE 19899−0951 |
| aty | M. Blake Cleary | Potter Anderson & Corroon LLP | 1313 N. Market Street | 6th Floor    Wilmington, DE 19801 |

TOTAL: 5